Case 1:10-cr-00217-WTL-MJD   Document 438   Filed 09/09/15   Page 1 of 1 PageID #: 1663

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Rene Israel Ortega | )<br>)<br>)<br>)  Case No: 1:10CR00217-003<br>)  USM No: 45438-424<br>) |
| Date of Original Judgment: 09/11/2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Sara J. Varner<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Ortega's sentence of 70 months was a variance pursuant to 18 U.S.C. §3553(a) factors, and the amended guideline range does not provide an option for a lower sentence. Therefore, he is not eligible for a sentence reduction pursuant to Amendment 782.

**A CERTIFIED TRUE COPY**
**Laura A. Briggs, Clerk**
U.S. District Court
Southern District of Indiana

By _____
   Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/9/15

*William T. Lawrence* (signature)
*Judge's signature*

Effective Date: _____    Honorable William T. Lawrence, U.S. District Court Judge
*(if different from order date)*    *Printed name and title*